=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 216
Trathony Griffin and Michael
Godwin,
          Appellants,
        v.
Sirva, Inc. and Allied Van Lines,
Inc.
          Respondents.

          Stuart L. Lichten, for appellants.
          George W. Wright, for respondents.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of questions by the United States Court of Appeals
for the Second Circuit, pursuant to section 500.27 of this
Court's Rules of Practice, accepted and the issues presented are
to be considered after briefing and argument.  Chief Judge
DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and
Garcia concur.


Decided September 20, 2016